932 A.2d 871

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Leon LANE, Petitioner.**

**No. 101 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 31, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2007, the Request for Petition for Allowance of Appeal Nunc Pro Tunc is denied.